THE HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMY LINN ALLEN,<br><br>  Plaintiffs,<br><br> vs.<br><br> JOHNSON & JOHNSON and ETHICON, INC.<br><br>  Defendants. | Case No. 2:21-cv-00367-RSL<br><br>STIPULATED MOTION TO FOR LEAVE TO FILE AN AMENDED COMPLAINT AND TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER |

## STIPULATION

Plaintiff Amy Linn Allen ("Plaintiff") and Defendants Ethicon, Inc. and Johnson & Johnson ("Defendants") (collectively, the "Parties"), by and through counsel, respectfully state the following:

1. On March 17, 2021; Plaintiffs filed their Original Complaint. [Dkt. 1].
2. On May 5, 2021 the parties agreed that the Original Complaint should be amended, to a certain degree.
3. The parties agree that Plaintiff will file her Amended Complaint on or before June 2, 2021.

JOINT MOT. FOR LEAVE TO FILE AM.
COMPL. & TO EXTEND TIME TO
RESPOND & ORDER
(Case No. 2:21-cv-00367-RSL) - 1

4. Fed.R.Civ.P. 15(a)(2), provides that, "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." A motion to amend under Rule 15(a)(2), "generally shall be denied only upon showing of bad faith, undue delay, futility, or undue prejudice to the opposing party." *Chudacoff v. University Medical Center of Southern Nevada*, 659 F.3d 1143, (9th Cir.2011). Rule 15(a) is designed "to facilitate decision on the merits, rather than on the pleadings or technicalities." *Id.*

5. Defendants reserve the right to challenge the sufficiency of Plaintiff's Amended Complaint through a motion to dismiss.

6. Further, should Plaintiff's Motion for Leave be granted, the Parties respectfully request that Defendants be allowed an extension to answer or otherwise respond to Plaintiff's Amended Complaint to July 2, 2021.

7. The Parties respectfully request an order granting Plaintiff's Motion for Leave to File her Amended Complaint by consent, that Plaintiff's Amended Complaint be entered on the docket, and an order granting Defendants' Motion to Extend the deadline to answer or otherwise respond to Plaintiffs' Amended Complaint to July 2, 2021.

///

///

///

JOINT MOT. FOR LEAVE TO FILE AM.
COMPL. & TO EXTEND TIME TO
RESPOND & ORDER
(Case No. 2:21-cv-00367-RSL) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

WHEREFORE, the Parties respectfully request that this Court grant this Joint Motion, enter Plaintiff's Amended Complaint on the docket in this action, and extend Defendants' deadline to answer or respond to Plaintiffs' Amended Complaint to July 2, 2021.

DATED this 14th day of May, 2021.

**CALFO EAKES LLP**

By  *s/ Angelo J. Calfo*
  Angelo J. Calfo, WSBA# 27079
  Patricia A. Eakes, WSBA# 18888
  Andrew DeCarlow, WSBA# 54471
  1301 Second Avenue, Suite 2800
  Seattle, WA 98101
  Phone: (206) 407-2210
  Fax: (206) 407-2224
  Email: angeloc@calfoeakes.com
      pattye@calfoekes.com
      andrewd@calfoeakes.com

*Attorneys for Defendants Ethicon, Inc. and Johnson & Johnson*

*-- and --*

**BARON & BUDD**

By  *s/Brett Land*
  Brett Land
  3102 Oak Lawn Avenue, Suite 1100
  Dallas, TX 75219
  Tel. 214-521-3605
  Fax: 214-520-1181
  Email: bland@baronbudd.com

*Attorneys for Plaintiffs*

JOINT MOT. FOR LEAVE TO FILE AM. COMPL. & TO EXTEND TIME TO RESPOND & [PROPOSED] ORDER
(Case No. 2:21-cv-00367-RSL) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

**ORDER**

IT IS SO ORDERED.

Dated this 17th day of May, 2021.

*[signature: M S Lasnik]*
_____
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

**CALFO EAKES LLP**

By *s/ Angelo J. Calfo*
Angelo J. Calfo, WSBA# 27079
Patricia A. Eakes, WSBA# 18888
Andrew DeCarlow, WSBA# 54471
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 407-2210
Fax: (206) 407-2224
Email: angeloc@calfoeakes.com
   pattye@calfoekes.com
   andrewd@calfoeakes.com

*Attorneys for Defendants Ethicon, Inc. and Johnson & Johnson*

JOINT MOT. FOR LEAVE TO FILE AM.
COMPL. & TO EXTEND TIME TO
RESPOND & ORDER
(Case No. 2:21-cv-00367-RSL) - 4

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224