THE HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMY LINN ALLEN,<br><br>               Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON and ETHICON, INC.<br><br>               Defendants. | Case No. 2:21-cv-00367-RSL<br><br>STIPULATED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER |

**STIPULATION**

Plaintiff Amy Linn Allen ("Plaintiff") and Defendants Ethicon, Inc. and Johnson & Johnson ("Defendants") (collectively, the "Parties"), by and through counsel, respectfully state the following:

1. On June 2, 2021, Plaintiff filed her First Amended Complaint. Dkt. 8.

2. On June 4, 2021, the Parties agreed that the First Amended Complaint should be further amended.

JOINT MOT. FOR LEAVE TO FILE AM.
COMPL. & TO EXTEND TIME TO
RESPOND & ORDER
(Case No. 2:21-cv-00367-RSL) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

3. The Parties agree that Plaintiff will file her Second Amended Complaint on or before July 2, 2021.

4. Fed.R.Civ.P. 15(a)(2), provides that, "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." A motion to amend under Rule 15(a)(2), "generally shall be denied only upon showing of bad faith, undue delay, futility, or undue prejudice to the opposing party." *Chudacoff v. University Medical Center of Southern Nevada*, 659 F.3d 1143, (9th Cir.2011). Rule 15(a) is designed "to facilitate decision on the merits, rather than on the pleadings or technicalities." *Id.*

5. Defendants reserve the right to challenge the sufficiency of Plaintiff's Second Amended Complaint through a motion to dismiss.

6. Further, should Plaintiff's Motion for Leave be granted, the Parties respectfully request that Defendants be allowed an extension to answer or otherwise respond to Plaintiff's Second Amended Complaint to August 13, 2021.

7. The Parties respectfully request an order granting Plaintiff's Motion for Leave to File her Second Amended Complaint by consent, that Plaintiff's Second Amended Complaint be entered on the docket, and an order granting Defendants' Motion to Extend the deadline to answer or otherwise respond to Plaintiff's Second Amended Complaint to August 13, 2021.

///

///

JOINT MOT. FOR LEAVE TO FILE AM.
COMPL. & TO EXTEND TIME TO
RESPOND & ORDER
(Case No. 2:21-cv-00367-RSL) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

WHEREFORE, the Parties respectfully request that this Court grant this Joint Motion, enter Plaintiff's Second Amended Complaint on the docket in this action, and extend Defendants' deadline to answer or respond to Plaintiff's Second Amended Complaint to August 13, 2021.

DATED this 30th day of June, 2021.

**CALFO EAKES LLP**

By  *s/ Angelo J. Calfo*
Angelo J. Calfo, WSBA# 27079
Patricia A. Eakes, WSBA# 18888
Andrew DeCarlow, WSBA# 54471
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 407-2210
Fax: (206) 407-2224
Email: angeloc@calfoeakes.com
pattye@calfoekes.com
andrewd@calfoeakes.com

*Attorneys for Defendants Ethicon, Inc. and Johnson & Johnson*

-- and --

**BARON & BUDD**

By  *s/Brett Land*
Brett Land
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel. 214-521-3605
Fax: 214-520-1181
Email: bland@baronbudd.com

*Attorneys for Plaintiffs*

JOINT MOT. FOR LEAVE TO FILE AM.
COMPL. & TO EXTEND TIME TO
RESPOND & ORDER
(Case No. 2:21-cv-00367-RSL) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

**ORDER**

IT IS SO ORDERED.

Dated this 1st day of July, 2021.

_____
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

**CALFO EAKES LLP**

By *s/ Angelo J. Calfo*
Angelo J. Calfo, WSBA# 27079
Patricia A. Eakes, WSBA# 18888
Andrew DeCarlow, WSBA# 54471
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 407-2210
Fax: (206) 407-2224
Email: angeloc@calfoeakes.com
       pattye@calfoekes.com
       andrewd@calfoeakes.com

*Attorneys for Defendants Ethicon, Inc. and Johnson & Johnson*

JOINT MOT. FOR LEAVE TO FILE AM. COMPL. & TO EXTEND TIME TO RESPOND & ORDER
(Case No. 2:21-cv-00367-RSL) - 4

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224